FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -6 PM 1:21

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NOEL GILBERT,<br>　　　　　Plaintiff<br>versus<br><br>E.A. UFFMAN & ASSOCIATES, INC.,<br>and ABC INSURANCE COMPANY,<br>　　　　　Defendants | CIVIL ACTION<br>NO. 05-1704<br>SECTION<br>MAGISTRATE<br>SECT. D MAG. 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### COMPLAINT

NOW INTO COURT through undersigned counsel comes plaintiff, Noel Gilbert, who represents as follows:

1.

This is an action for a declaration that the debt collection practices described below violate the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692o (the "FDCPA"), which prohibits debt collectors from engaging in deceptive, abusive, and unfair debt collection practices, for damages, and for all other appropriate relief.

### Jurisdiction and Venue

2.

Jurisdiction arises under 28 U.S.C. § 1331, 28 U.S.C. §§ 2201 and 2202, 15 U.S.C. § 1692k(d), and 28 U.S.C. § 1337. Venue is proper in this district under 28 U.S.C. § 1391(b) because a substantial portion of the events giving rise to this action occurred in this district.

__ Fee __250.__
__ Process ____
_X_ Dktd ____
__ CtRmDep ____
__ Doc. No. ____

**Parties**

3.

Noel Gilbert is a resident of Harahan, Louisiana. Gilbert is a "consumer" as defined at 15 U.S.C. 1692a(3).

4.

E.A. Uffman & Associates (hereinafter "EAU") is a Louisiana business corporation doing business in this district.

5.

EAU is a "debt collector" as defined at 15 U.S.C. § 1692a(6). EAU regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

6.

ABC Insurance Company is the fictitious name of a liability insurance provider who has issued a policy in favor of defendant, whose real identity will be substituted upon discovery.

**Statement of Facts**

7.

On December 17, 2004, EAU sent a letter to plaintiff, demanding he pay a $326 debt allegedly owed to Radiology Interventional Associates. An accurate copy of this letter is attached hereto and incorporated herein by reference.

8.

The letter opens with a bold proclamation that **YOUR ACCOUNT HAS BEEN SENT TO THIS COLLECTION AGENCY!!** Below this sentence is another screaming line:

IN ORDER TO STOP FURTHER COLLECTION EFFORTS, PAYMENT IN FULL MUST BE MADE TO THIS OFFICE.

Below that sentence, in 8-point or smaller type that is difficult to read, are the notices required by 15 U.S.C. § 1692g(a)(3)-(5), which inform consumers of their rights to dispute the debt and obtain verification from the debt collector.

9.

Under 15 U.S.C. § 1692g(b), if a consumer disputes or requests verification of the debt in writing from the debt collector, the debt collector must cease all collection efforts until such verification is obtained from the creditor and mailed to the consumer. If the debt collector is unable to obtain such verification, all collection efforts must cease.

> § 1692g   **Validation of debts**
>
>   (b) **Disputed debts --** If the consumer notified the debt collector in writing within the thirty-day period described in subsection (a) of this section that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector *shall cease collection* of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or a copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector.
> [Emphasis added.]

10.

The statement in the letter that "IN ORDER TO STOP FURTHER COLLECTION EFFORTS, FULL PAYMENT MUST BE MADE" is literally false, and

in addition, overshadows and contradicts the notice of the consumer's dispute and verification rights under 1692g(a)(3)-(5).

11.

The placing of the dispute and verification notices required by 15 U.S.C. § 1692g(a)(3)-(5) in small, hard to read type renders them ineffective and overshadowed by the demand for full payment in much larger type.

12.

EAU has violated the Fair Debt Collection Practices Act, including but not limited to 15 U.S.C. § 1692e and 15 U.S.C. § 1692g, and is liable to plaintiff for all available relief including declaratory relief, damages, interest, attorney fees, litigation expenses, and costs.

13.

Form letters similar to the one attached hereto have been mailed to more than 50 consumers residing in Louisiana within the past year.

**WHERFORE**, plaintiff requests a judgment be entered in his favor and against the defendant, for declaratory and appropriate further relief, damages, interest, attorney fees, litigation expenses, costs, and for all relief available in law, equity, or as the nature of the case may allow.

Respectfully submitted,

_____
STEVE R. CONLEY   #21246
3350 Ridgelake, Suite 200
Metairie, LA  70002
(504) 734-9804   FAX(504) 733-1744



E.A. UFFMAN & ASSOCIATES, INC.
COLLECTION SPECIALIST
9489 INTERLINE AVE.
P.O. BOX 64828
BATON ROUGE, LA 70896-1612

| YOU OWE |
|---|
| RADIOLOGY INTERVENTIONAL ASSO METAIRIE |
| 4105893 |
| ACCOUNT NUMBER |
| 043520352 |
| AMOUNT OWED |
| $ 326.00 |

KRISTIE LEE
1-800-364-5522 or 225-922-3930
Fax: 225-922-3938
8:00 AM - 4:45 PM MON-THUR.
8:00 AM - 1:00 PM FRIDAY

12/17/04

NOEL GILBERT

**YOUR ACCOUNT HAS BEEN SENT TO THIS COLLECTION AGENCY!!**

IN ORDER TO STOP FURTHER COLLECTION EFFORTS, PAYMENT IN FULL MUST BE MADE TO THIS OFFICE.

NOTICE IMPORTANT INFORMATION:
UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THE DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE, THIS OFFICE WILL: OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGEMENT AND MAIL YOU A COPY OF SUCH JUDGEMENT OR VERIFICATION. IF YOU REQUEST THIS OFFIC EIN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS NOTICE HAS BEEN SENT TO YOU BY THIS COLLECTION AGENCY.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

TO RECEIVE PROPER CREDIT AND PROTECT YOUR CREDIT RECORD, YOUR PAYMENT MUST BE MADE AT THIS OFFICE ONLY.

**IMPORTANT MESSAGE**

RETURNED CHECKS ARE SUBJECT TO A SERVICE CHARGE OF $25.00 OR THE MAXIMUM ALLOWED BY LAW.
ALL UNPAID ACCOUNT INFORMATION IS ROUTINELY SUBMITTED TO THE CREDIT BUREAU OF BATON ROUGE, EQUIFAX WHERE IT IS RECORDED AND REPORTED TO ANY AND ALL INQUIRING CREDIT GRANTORS.

---

PLEASE DETACH AT PERF AND RETURN WITH PAYMENT

ONLINE PAYMENTS MAY BE MADE AT WWW.EAUFFMAN.COM
IF PAYING BY CREDIT CARD PLEASE FILL OUT BELOW:

☐ VISA   ☐ MasterCard   ☐ WESTERN UNION   ☐ MoneyGram

CARD HOLDER NUMBER                                    AMOUNT
AUTHORIZED SIGNATURE                                  EXP DATE

P.O. BOX 64828
BATON ROUGE, LA 70896-4828

RETURN SERVICE REQUESTED        31

| STATEMENT DATE | PAY THIS AMOUNT | ACCT # | AMOUNT PAID |
|---|---|---|---|
| 12/17/04 | $ 326.00 | 043520352 | $ |

YOU OWE   RADIOLOGY INTERVENTIONAL ASSO METAIRIE

---

NOEL GILBERT
327 MIDWAY DR
RIVER RIDGE, LA 70123-2023

043520352-4105893
-- 12/17/04 --

CSD
E.A. UFFMAN & ASSOCIATES, INC.
P.O. BOX 64828
BATON ROUGE, LA 70896-4828

Rev. 11/27/04        007455 5 14 12/17/04 438562411 [0] HM PH: 5047382595 (1R) B1

**PLEASE SERVE:**

**E.A. UFFMAN & ASSOCIATES, INC.**
Through its registered agent:
Glen N. Uffman
18735 Montclair Court
Baton Rouge, LA  70809