UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NOEL GILBERT,

          Plaintiff

versus

E.A. UFFMAN & ASSOCIATES, INC.,
and ABC INSURANCE COMPANY,

          Defendants

CIVIL ACTION

NO. 05-01704

SECTION D

MAGISTRATE 2

*U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 20 2005
LORETTA G. WHYTE
CLERK*

*************************************************************************

## ORDER

IT IS ORDERED that this action is dismissed without prejudice. This dismissal shall not affect Civil Action No. 05-1678 (S3).

IT IS FURTHER ORDERED that the Clerk of Court refund to plaintiff's counsel the filing fee paid in connection with this action.

New Orleans, Louisiana, this 20th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee____
_X_ Process___
___ Dktd___
_✓_ CtRmDep___
___ Doc. No___